UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20524-HUCK/Becerra

**UNITED STATES OF AMERICA**,

v.

**JORDAN ALPHONSO THOMAS**,

    *Defendant*.

_____/

**ORDER ADOPTING R&R AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 19], which was entered on November 29, 2022. In the R&R, Judge Becerra found that the Defendant Jordan Alphonso Thomas freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with importation of a controlled substance, in violation of 21 U.S.C. § 952(a).

Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Judge Becerra's R&R [ECF No. 19] is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged **GUILTY** as to Count I of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Tuesday, February 14, 2023, at 10:00 AM**.

**DONE AND ORDERED** in Miami, Florida on November 30, 2022.

1

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

<u>Copies provided to:</u>
Magistrate Judge Jacqueline Becerra
U.S. Probation
Counsel of record